**Fill in this information to identify the case:**

Debtor name   Capital Wholesale Group, LLC

United States Bankruptcy Court for the:   Northern District of Texas

                           (State)

Case number (If known):   25-43395

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals           **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ...................................................................................... $ 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* ................................................................................... $ 3,508,802.70

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ..................................................................................... $ 3,508,802.70

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................ $ 1,855,176.72

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................ $ 39,430.58

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................. +$ 2,890,727.67

4. **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b     $ 4,785,334.97

**Fill in this information to identify the case:**

Debtor name _Capital Wholesale Group, LLC_

United States Bankruptcy Court for the: _Northern District of Texas_

Case number (If known): _25-43395_

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Guaranty Bank | Checking | 8  3  1  3 | $ 25,000.00 |
| 3.2. | See continuation sheet | | | $ 87,802.70 |

4. **Other cash equivalents** *(Identify all)*

| | | Current value |
|---|---|---|
| 4.1. | Verabank CD - 3089083 | $ 50,000.00 |
| 4.2. | | $ |

5. **Total of Part 1** — $ 162,802.70

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | | $ |
| 7.2. | | $ |

Debtor    Capital Wholesale Group, LLC
             Name
Case number (if known) 25-43395

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:  230,000.00 _—_ 0.00  = ........➡  $ 400,000.00
     face amount        doubtful or uncollectible accounts

11a. 90 days old or less:  400,000.00 _—_ 0.00  = ........➡  $ 400,000.00
     face amount        doubtful or uncollectible accounts

11b. Over 90 days old:  0.00 _—_ 0.00  = ........➡  $ 0.00
     face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 400,000.00

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor      Capital Wholesale Group, LLC _____    Case number (*if known*) 25-43395 _____

Name _____

---

**Part 5:      Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** See Schedule A/B Part 5, Question 22 Attachment | MM / DD / YYYY | $_____ | Estimated Market Value | 2,716,000.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 2,716,000.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor  Capital Wholesale Group, LLC
        Name

Case number (if known) 25-43395

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture**<br>See Office Equipment | $_____ | _____ | $ 0.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office Equipment - 9 desks, 9 computers, 9 office chairs, lounge furniture, TVs | $_____ | _____ | $ 5,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 5,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor     Capital Wholesale Group, LLC
_____Name_____    Case number (if known) 25-43395

---

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Schedule A/B Part 8, Question 47 Attachment | $_____ | Estimated Market Val | $ 225,000.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | | $_____ |

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.

   $ 225,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

Debtor _____Capital Wholesale Group, LLC_____    Case number (if known)___25-43395_____
         Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  3600 W. Marshall Ave., Longview TX 75604 | Leasehold Estate | $_____ | _____ | 0.00<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| 0.00<br>$_____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Website/Domain | $_____ | _____ | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer Lists | $_____ | _____ | Unknown<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>Goodwill | $_____ | _____ | Unknown<br>$_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| 0.00<br>$_____ |
|---|

Debtor    Capital Wholesale Group, LLC    Case number *(if known)* 25-43395
_____    _____    _____
         Name

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____  0.00 _ 0.00 = ➜ $ 0.00
                                 Total face amount  doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

**73. Interests in insurance policies or annuities**

_____                      $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                      $_____

Nature of claim    _____

Amount requested   $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

See continuation sheet _____    $ Unknown

Nature of claim    _____

Amount requested   $_____

**76. Trusts, equitable or future interests in property**

_____                      $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                      $_____

_____                      $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Capital Wholesale Group, LLC
_____
Name

Case number (if known)    25-43395

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 162,802.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 400,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 2,716,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 225,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 3,508,802.70 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 3,508,802.70 ............................................. $ 3,508,802.70

| Debtor 1 | Capital Wholesale Group, LLC | | 25-43395 |
|---|---|---|---|
| | First Name     Middle Name     Last Name | | Case number *(if known)* |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| VeraBank, N.A. | Checking | 1414 |
| Balance: 83,658.81 | | |
| VeraBank, N.A. | Checking | 3881 |
| Balance: 4,143.89 | | |

**75) Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| Claims against Verabank, N.A. | Damages | 1,500,000.00 | Unknown |
| Claims against Claiborne Auto Group, Arcadia, Tommy's Wholesale | Damages | 5,000,000.00 | Unknown |
| Intercompany Claims against P4, Micheal & Kelsey Pearson, M&S | Money Advanced | 0.01 | Unknown |

Case 25-43395-mxm11
Capital Wholesale Group, LLC, et al.
Case No. 25-43395 (Bankr. N.D. Texas)

CWG Inventory Report
as of 10/4/2025

| Vehicle Description | VIN | Petition Date Ow | Lender | Loan Number | Car Location |
|---|---|---|---|---|---|
| 2015 Ford Transit Van | 1FBZX2ZM4FKA97029 | CWG | | | AAA- LGV |
| 2016 Chevy Trax | 3GNCJKSB7GL159798 | CWG | | | AAA- LGV |
| 2013 Mazda Cx9 | JM3TB2CA2D0404471 | CWG | VeraBank | 9962603 | Customer |
| 2013 Nissan Sentra | 3N1AB7AP6DL694384 | CWG | VeraBank | 9918469 | AAA/LGV - Panola |
| 2021 Ram 3500 | 3C63R3GL9MG601064 | CWG | | | Auto Doc |
| 2018 Chevy 1500 | 1GCRCREH9JZ294710 | CWG | VeraBank | 9962603 | Lot |
| 2018 Ford Edge | 2FMPK3K92JBB74377 | CWG | VeraBank | 9943471 | Lot |
| 2018 Ford F150 | 1FTEW1EG7JFD58551 | CWG | VeraBank | 9943471 | AAA- LGV |
| 2018 Ford Fusion | 3FA6P0HD0JR265103 | CWG | VeraBank | 9962603 | AAA- LGV |
| 2018 Keystone Camper | 4YDF42139JR800681 | CWG | VeraBank | 9918469 | Ricky Evans |
| 2019 Ford Flex | 2FMGK5C89KBA10322 | CWG | VeraBank | 9963227 | Customer |
| 2019 Ford Fusion | 3FA6P0HD8KR282619 | CWG | VeraBank | 9947027 | JPS Ford |
| 2020 Cadillac Escalade | 1GYS3HKJ5LR174810 | CWG | VeraBank | 9943471 | Peters Chevrolet |
| 2018 Ford F150 | 1FTEW1EG4JKC19081 | CWG | | | Cody Off Rd |
| 2015 Jeep Wrangler | 1C4AJWAG7FL650614 | CWG | | | CWG |
| 2020 Ram 1500 | 1C6SRFHT7LN147849 | CWG | | | CWG |
| 2023 Cadillac Escalade | 1GYS4GKL5PR370454 | CWG | | | CWG |
| 2023 GMC 1500 AT4 | 3GTUUEE85PG170376 | CWG | | | CWG |
| 2020 Kia Optima | 5XXGT4L31LG424583 | CWG | VeraBank | 9962603 | Lot |
| 2014 Nissan Versa | 3N1CN7APSEL848469 | CWG | | | Greater Lufkin |
| 2018 Ford Fusion | 3FA6P0HD2JR213715 | CWG | VeraBank | 9963227 | Homer |
| 2003 Ram 2500 | 3D7KU28623G742570 | CWG | | | AAA LGV |
| 2020 Toyota Rav4 | 2T3F1RFV8LC123299 | CWG | VeraBank | 9963227 | AAA LGV |
| 1997 Chevy Camaro | 2G1FP32P0V2134958 | CWG | | | Chris Blachford |
| 2015 Ford Escape | 1FMCU0JX6FUC04392 | CWG | | | AAA- LGV |
| 2016 Chevy Malibu | 1G1ZE5ST3GF190356 | CWG | | | AAA- LGV |
| 2023 Cadillac Escalade | 1GYS4KKT0PR203048 | CWG | VeraBank | 9841202 | Unknown |
| 2019 Jeep Compass | 3C4NJCBB4KT692613 | CWG | | | AAA- LGV |
| 2020 Chevy Silverado 1500 | 1GCPWBEH4LZ354806 | CWG | | | AAA- LGV |
| 2011 BMW 550 | WBAFR9C54BC758563 | CWG | | | AAA/LGV - Panola |
| 2018 Audi Q5 | WA1BNAFY7J2096531 | CWG | | | AAA/LGV - Panola |
| 2019 Chevy Tahoe | 1GNSKAKC0KR103618 | CWG | | | AAA/LGV - Panola |
| 2020 Chevy Tahoe | 1GNSCAKC4LR129668 | CWG | | | AAA/LGV - Panola |
| 2021 Chevy Tahoe | 1GNSKTKL5MR315400 | CWG | | | AAA/LGV - Panola |
| 2019 GMC Yukon | 1GKS2HKJ7KR302119 | CWG | | | AAA/LGV - RL |
| 2017 Jeep Wrangler | 1C4BJWCG1HL711234 | CWG | | | AAA/LGV - RL |
| 2018 Hyundai Tuscon | KM8J33AL7JU740009 | CWG | | | AAA/LGV - RL |
| 2021 GMC Yukon | 1GKS2JKLXMR149019 | CWG | | | AAA/LGV - RL |
| 2018 Ford Escape | 1FMCU0F70JUD14615 | CWG | | | AAA/LGV -Panola |
| 2018 GMC Canyon | 1GTG6CENXJ1205257 | CWG | | | AAA-LGV |
| 2014 Dodge Charger | 2C3CDXHG0EH347346 | CWG | | | Americas AA |
| 2018 Subaru Crosstrek | JF2GTAMC0JH255638 | CWG | | | Americas AA |
| 2020 Ford F250 | 1FT8W2BT1LEE61090 | CWG | | | JCT |
| 2024 Ram 3500 | 3C63RRNL5RG258234 | CWG | | | JCT |
| 2025 Ford F250 | 1FT8W2BT6SED14990 | CWG | | | JCT |
| 2024 Chevy 3500 | 1GB4YTEY4RF119453 | CWG | VeraBank | 9963227 | JCT |
| 2013 GMC Sierra 1500 | 3GTP2XE22DG288018 | CWG | | | Customer |
| 2018 Chevy Silverado 1500 | 3GCUKREC8JG196480 | CWG | | | JVR |
| 2022 Ford F150 | 1FTFW1E56NFA50313 | CWG | | | JVR Paint Shot |
| 2014 Ford F150 | 1FTFW1ET4EFB73039 | CWG | | | Customer |
| 2016 GMC Sierra 2500 | 1GT12UE83GF104915 | CWG | VeraBank | 9945601 | Customer |

Case 25-43395-mxm11
Capital Wholesale Group, LLC, et al.
Case No. 25-43395 (Bankr. N.D. Texas)

CWG Inventory Report
as of 10/4/2025

| Vehicle Description | VIN | Petition Date Ow | Lender | Loan Number | Car Location |
|---|---|---|---|---|---|
| 2017 Nissan Rogue | 5N1AT2MV8HC782373 | CWG | VeraBank | 9945601 | Customer |
| 2018 Subaru Outback | 4S4BSANC9J3386263 | CWG | VeraBank | 9945601 | Customer |
| 2021 Dodge Challenger | 2C3CDZAG7MH630752 | CWG | VeraBank | 9945601 | Customer |
| 2015 Ford Fusion | 3FA6P0HD8FR224211 | CWG | | | Customer |
| 2015 Jeep Patriot | 1C4NJRBB9FD155038 | CWG | | | Customer |
| 2018 Ford Escape | 1FMCU0F71JUC06200 | CWG | | | Customer |
| 2014 Chevy Silverado 1500 | 3GCPCSEC3EG177035 | CWG | | | Customer |
| 2019 Chevy Silverado 1500 | 1GCPWBEFXKZ177871 | CWG | | | Customer |
| 2019 Chrysler Pacifica | 2C4RC1BG4KR537543 | CWG | | | Customer |
| 2019 Ford Expedition | 1FMJU1LT2KEA73425 | CWG | | | Customer |
| 2023 Nissan Sentra | 3N1AB8DV3PY239385 | CWG | | | Customer |
| 2020 Mitsubishi Outlander | JA4AD3A3XLZ023914 | CWG | | | Customer |
| 2021 Ford Explorer | 1FMSK8DH8MGB98546 | CWG | | | Customer |
| 2021 GMC Yukon | 1GKS1DKL3MR127626 | CWG | | | Jason Lane |
| 2024 Chevy Equinox | 3GNAXMEG8RS159035 | CWG | VeraBank | 9943471 | AAA/LGV - Panola |
| 2016 Ford Fiesta | 3FADP4BJ8GM188421 | CWG | | | Lot |
| 2016 GMC Yukon | 1GKS1HKJ2GR432948 | CWG | | | Lot |
| 2018 GMC Sierra 1500 | 3GTP1NEC1JG211832 | CWG | | | Lot |
| 2018 Nissan Kicks | 3N1CP5CU2JL533480 | CWG | | | Lot |
| 2019 Dodge Durango | 1C4RDHAG9KC717360 | CWG | | | Lot |
| 2019 GMC Sierra 1500 | 3GTP8DED1KG218506 | CWG | | | Lot |
| 2019 Nissan Sentra | 3N1AB7AP3KY318984 | CWG | | | Lot |
| 2020 Jaguar Fpace | SADCJ2FX5LA645224 | CWG | | | Lot |
| 2021 Chevy Suburban | 1GNSKEKT5MR403441 | CWG | | | Lot |
| 2021 VW Atlas | 1V2JR2CA1MC513416 | CWG | | | Lot |
| 2022 Chevy Traverse | 1GNERFKW7NJ120029 | CWG | | | Lot |
| 2019 Honda Passport | 5FNYF7H56KB007355 | CWG | VeraBank | 9945601 | Lot |
| 2015 Hyundai Elantra | KMHDH4AH1FU325551 | CWG | | | Lot |
| 2015 Nissan Sentra | 3N1AB7AP3FL639460 | CWG | | | Lot |
| 2016 Ford Fusion | 3FA6P0H77GR257762 | CWG | | | Lot |
| 2016 GMC Yukon | 1GKS1CKJ4GR242572 | CWG | | | Lot |
| 2017 Chevy Silverado 1500 | 3GCUKSEC0HG337267 | CWG | | | Lot |
| 2017 Chevy Silverado 1500 | 1GCRCREC8HZ268615 | CWG | | | Lot |
| 2017 Mercedes Benz | WDC0J4KB8HF260393 | CWG | | | Lot |
| 2017 Nissan Rogue | KNMAT2MV3HP618929 | CWG | | | Lot |
| 2021 Chevy Tahoe | 1GNSCSKD7MR126697 | CWG | | | Lot |
| 2021 Chevy Trax | KL7CJKSB6MB307393 | CWG | | | Lot |
| 2016 Jeep Cherokee | 1C4PJMBS6GW248407 | CWG | | | Lot |
| 2021 Infinity QX80 | JN8AZ2BE5M9270698 | CWG | | | Lot |
| 2020 Ford Expedition | 1FMJU1LT2LEA75953 | CWG | | | Lot |
| 2021 VW Jetta | 3VW6T7BU1MM049721 | CWG | | | Lot |
| 2024 Chevy Blazer | 3GNKBCR48RS169173 | CWG | | | Lot |
| 2024 Hyundai Venu | KMHRC8A32RU323148 | CWG | | | Lot |
| 2023 Subaru Crosstrek | JF2GTAEC5PH203333 | CWG | | | Lot |
| 2021 Infiniti Qx50 | 3PCAJ5BBXMF119145 | CWG | VeraBank | 9945601 | Shreveport Repair |
| 2019 Nissan Altima | 1N4BL4DV3KC111453 | CWG | | | Unknown |

Capital Wholesale Group, LLC, et al.

Case No. 25-43395 (Bankr. N.D. Texas)

CWG Equipment Report

as of 10/4/2025

| Vehicle Description | VIN | Petition Date Ow | Lender | Loan Number | Value | Car Location |
|---|---|---|---|---|---|---|
| 2013 Chevy Express Van | 1GAZGYFG0D1171796 | CWG | VeraBank | 9924086 | $ 10,000.00 | CWG |
| 2020 Ford Transit Van | 1FBAX2Y87LKA60943 | CWG | VeraBank | 9924086 | $ 20,000.00 | CWG |
| 2023 Ford Transit Van | 1FBAX2YGXPKA90919 | CWG | GM Financial | 7093 | $ 31,000.00 | CWG |
| 2020 Ram 1500 | 1C6SRFTT3LN185277 | CWG | VeraBank | 9842098 | $ 24,000.00 | Inventory Manager |
| 2022 Ford Transit Van | 1FBAX2Y82NKA53644 | CWG | VeraBank | 9800697 | $ 28,000.00 | Lot |
| 2022 Ford Transit Van | 1FBAX2Y89NKA79190 | CWG | VeraBank | 9800697 | $ 30,000.00 | Lot |
| 2024 GMC 2500 AT4 | 1GT49PEY1RF191193 | CWG | VeraBank | 9873546 | $ 62,000.00 | Transportation Manager |
| 2023 Tigar 26' Trailer | 7S3GV2627PC001819 | CWG | | | $ 8,000.00 | CWG |
| 2024 Lamar 40' Trailer | 5RVH84022RP128190 | CWG | | | $ 12,000.00 | CWG |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Capital Wholesale Group, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (If known): | 25-43395 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1 Creditor's name**
First National Bank of Gilmer

**Describe debtor's property that is subject to a lien**
"All of the Debtor's Floor Plan"

$ 962,620.70          $ 0.00

**Creditor's mailing address**
201 N Wood St
Gilmer, TX 75644

**Describe the lien**
Agreement you made

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name**
First National Bank of Gilmer

**Describe debtor's property that is subject to a lien**
"All of the Debtor's Floor Plan"

$ 741,907.02          $0.00

**Creditor's mailing address**
201 N Wood St
Gilmer, TX 75644

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 1,855,176.72

Debtor   Capital Wholesale Group, LLC _____ Case number *(if known)* __25-43395__
      Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---------|-----------------|-------------------|-------------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** **Creditor's name**
GM Financial
_____

**Creditor's mailing address**

PO Box 650595
Dallas, TX 75265-0595
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Ford Transit

$52,494.70      $ 0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
IPFS
_____

**Creditor's mailing address**

PO Box 419090
Kansas City, MO 64105
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Unearned Insurance Premiums Paid

$23,041.80      $ 0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Capital Wholesale Group, LLC                    Case number *(if known)*   25-43395
              Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Verabank, N.A.

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   7102

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Verabank CD - 3089083

$75,112.50     $50,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** Creditor's name

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Capital Wholesale Group, LLC | Case number *(if known)* | 25-43395 |
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Capital Wholesale Group, LLC

United States Bankruptcy Court for the:    Northern District of Texas

Case number    25-43395
(If known)

☐ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
Special Procedures - Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is: $ 0.00        $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8  )

**2.2** Priority creditor's name and mailing address
Prepetition Employee Commissions Paid
Postpetition by M. Pearson

As of the petition filing date, the claim is: $ 16,100.00        $ 16,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account
number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4  )

**2.3** Priority creditor's name and mailing address
Prepetition Wages (Paid under Wages Order)

As of the petition filing date, the claim is: $ 23,330.58        $ 23,330.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account
number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4  )

Debtor    Capital Wholesale Group, LLC                                    Case number (if known) 25-43395
_____
Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
American Express
PO Box 96001
Los Angeles, CA 90096-8000

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

**$ 81,727.67**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Arcadia Motors, LLC
c/o Thomas Martin
224 Gap Farm Road
Arcadia, LA 71001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

**$ 0.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Claiborne Automotive Group LLC
c/o Thomas Martin
3117 West 70th Street
Shreveport, LA 71108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

**$ 0.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Kelsey Pearson
3600 W. Marshall Ave.
Longview, TX 75604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

**$ 0.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Michael Pearson
3600 W. Marshall Ave.
Longview, TX 75604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

**$ 0.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
OP Funding
PO Box 154707
Lufkin, TX 75915

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**    Credit Card Debt

**$ 500,000.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Capital Wholesale Group, LLC
        Name                                                    Case number (if known)  25-43395

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7  Nonpriority creditor's name and mailing address**

See Attached Schedule E/F: Part 2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 2,309,000.00

---

**3.8  Nonpriority creditor's name and mailing address**

Thomas Martin
3117 West 70th Street
Shreveport, LA 71108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.9  Nonpriority creditor's name and mailing address**

Tommy's Wholesale Auto LLC
c/o Thomas Martin
3117 West 70th Street
Shreveport, LA 71108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.___  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ _____

---

**3.___  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ _____

---

Debtor    Capital Wholesale Group, LLC
     Name

Case number *(if known)*    25-43395

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 39,430.58 |
| 5b. **Total claims from Part 2** | 5b. + | $ | 2,890,727.67 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 2,930,158.25 |

In re Capital Wholesale Group, LLC, et al.                                                    Verabank Claims

Case No. 25-43395 (Bankr. N.D. Texas)

| Account Number | Debtor | Current Principal Balance | Total Accrued Interest | Accrue Thru Date | Late Charges Due | Payoff Amount | Interest Per Diem 21-9 |
|---|---|---|---|---|---|---|---|
| 9717102 | CAPITAL WHOLESALE GR | $75,112.50 | $691.6600 | 8/3/25 | $0.00 | 75,804 | $17.73 |
| 9800697 | CAPITAL WHOLESALE GR | $67,184.12 | $301.4000 | 8/3/25 | $348.12 | 67,834 | $17.73 |
| 9841202 | CAPITAL WHOLESALE GR | $56,780.32 | $361.9800 | 8/3/25 | $0.00 | 57,142 | $13.41 |
| 9842098 | CAPITAL WHOLESALE GR | $16,829.37 | $119.9100 | 8/3/25 | $43.50 | 16,993 | $4.44 |
| 9873546 | CAPITAL WHOLESALE GR | $65,431.42 | $587.0700 | 8/3/25 | $0.00 | 66,018 | $15.45 |
| 9882464 | CAPITAL WHOLESALE GR | $67,096.65 | $1,093.1400 | 8/3/25 | $24.56 | 68,214 | $15.84 |
| 9918469 | CAPITAL WHOLESALE GR | $200,300.00 | $3,168.6300 | 8/3/25 | $0.00 | 203,469 | $47.29 |
| 9923802 | CAPITAL WHOLESALE GR | $149,750.96 | $316.9600 | 8/3/25 | $23.64 | 150,092 | $35.36 |
| 9924086 | CAPITAL WHOLESALE GR | $21,281.52 | $135.6700 | 8/3/25 | $0.00 | 21,417 | $5.02 |
| 9943471 | CAPITAL WHOLESALE GR | $260,390.00 | $8,791.7700 | 8/3/25 | $0.00 | 269,182 | $61.48 |
| 9947027 | CAPITAL WHOLESALE GR | $150,114.56 | $2,445.6700 | 8/3/25 | $54.95 | 152,615 | $35.44 |
| 9947469 | CAPITAL WHOLESALE GR | $232,490.00 | $5,379.5600 | 8/3/25 | $0.00 | 237,870 | $54.89 |
| 9947825 | CAPITAL WHOLESALE GR | $44,890.27 | $294.6000 | 8/3/25 | $62.18 | 45,247 | $10.91 |
| 9948384 | CAPITAL WHOLESALE GR | $281,064.19 | $4,446.2800 | 8/3/25 | $0.00 | 285,510 | $66.36 |
| 9962603 | CAPITAL WHOLESALE GR | $286,429.00 | $7,506.8200 | 8/3/25 | $0.00 | 293,936 | $67.63 |
| 9963227 | CAPITAL WHOLESALE GR | $295,000.00 | $2,716.4600 | 8/3/25 | $0.00 | 297,716 | $69.65 |

2,309,059

**Fill in this information to identify the case:**

Debtor name _Capital Wholesale Group, LLC_

United States Bankruptcy Court for the: _Northern District of Texas_

Case number (If known): _25-43395_          Chapter _11_

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Lease 3600 W. Marshall Ave. Bldg 2, Longview TX 75604 Lessee | Glyndai Lane 1334 N. Beaulah Hawkins, TX, 75765 |
| | **State the term remaining** | 24 months | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy GPP8059721 | Western World Insurance Company 5910 North Central Expressway Suite 500 Dallas, TX, 75206 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name  Capital Wholesale Group, LLC

United States Bankruptcy Court for the:  Northern District of Texas

Case number (If known):  25-43395

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Micheal Pearson | 3600 W. Marshall Ave Longview, TX 75604 | American Express | ☐ D ☑ E/F ☐ G |
| 2.2 Micheal Pearson | 3600 W. Marshall Ave Longview, TX 75604 | First National Bank of | ☑ D ☐ E/F ☐ G |
| 2.3 Kelsey Pearson | 3600 W. Marshall Ave. Longview, TX 75604 | First National Bank of | ☑ D ☐ E/F ☐ G |
| 2.4 Micheal Pearson | 3600 W. Marshall Ave Longview, TX 75604 | First National Bank of | ☑ D ☐ E/F ☐ G |
| 2.5 Kelsey Pearson | 3600 W. Marshall Ave. Longview, TX 75604 | First National Bank of | ☑ D ☐ E/F ☐ G |
| 2.6 Kelsey Pearson | 3600 W. Marshall Ave. Longview, TX 75604 | GM Financial | ☑ D ☐ E/F ☐ G |

Debtor   Capital Wholesale Group, LLC
_____Name_____

Case number (*if known*) 25-43395
_____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Micheal Pearson | 3600 W. Marshall Ave Longview, TX 75604 | OP Funding | ☐ D ☑ E/F ☐ G |
| 2.8 | Micheal Pearson | 3600 W. Marshall Ave Longview, TX 75604 | Verabank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.9 | Kelsey Pearson | 3600 W. Marshall Ave. Longview, TX 75604 | Verabank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.10 | Micheal Pearson | 3600 W. Marshall Ave Longview, TX 75604 | See Attached Schedule E/F: Part 2 | ☐ D ☑ E/F ☐ G |
| 2.11 | Kelsey Pearson | 3600 W. Marshall Ave. Longview, TX 75604 | See Attached Schedule E/F: Part 2 | ☐ D ☑ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  Capital Wholesale Group, LLC

United States Bankruptcy Court for the:  Northern District of Texas

Case number (*If known*):  25-43395

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/04/2025          ✘ /s/ Michael Pearson
          MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                  Michael Pearson
                                  Printed name

                                  Managing Member
                                  Position or relationship to debtor